United States District Court
for the District of New Jersey

MAURICE ANDERSON,

        Petitioner,
  v.

ADMINISTRATOR Northern State Prison; ATTORNEY GENERAL for the State of New Jersey,

        Respondents.

Civil No.: 09-1168 (KSH)

**FINAL ORDER**

This matter having come before the Court on Maurice Anderson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. 16]; and for the reasons discussed in the accompanying opinion,

**IT IS**, on this 24th day of November, 2014,

**ORDERED** that the petition is **denied**; and it is further

**ORDERED** that a certificate of appealability shall not issue; and it is further

**ORDERED** that the Clerk of the Court close this case.

                                                      /s/ Katharine S. Hayden
                                                      Katharine S. Hayden, U.S.D.J.