Maurice Anderson #427620  
Lock Bag -R   #769537B  
East Jersey State Prison  
Rahway, NJ 07065  
Petitioner-Appellant, Pro Se

PRESENTLY CONFINED

Hon. Katherine S. Hayden

RECEIVED FEB - 5 2015

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT

Civil No. 09-1168

| | |
|---|---|
| Maurice Anderson : | |
| Petitioner-Appellant : | Civil Action |
| : | |
| v. : | MOTION TO FILE AS WITHIN TIME |
| : | NOTICE OF APPEAL |
| Michelle R. Ricci : | |
| Respondent-Appellees : | |

PLEASE TAKE NOTICE that Petitioner-Appellant Maurice Anderson herein moves before the Third Circuit Court for an ORDER granting petitioner permission to file Certificate Of Appealablility (COA) As Within Time. Petitioner-Appellant shall rely upon the attached certification in support of this motion.

Respectfully Submitted,

/s/ Maurice Anderson  
Maurice Anderson

January 26, 2015