Hon. Katharine S. Hayden

Maurice Anderson #427620
Lock Bag -R      #769537B
East Jersey State Prison
Rahway, NJ 07065
Petitioner-Appellant, Pro Se



PRESENTLY CONFINED

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Civil No. 09-1168

| | |
|---|---|
| Maurice Anderson : | |
| Petitioner-Appellant : | |
| : | Civil Action |
| v. : | |
| : | CERTIFICATION IN SUPPORT OF |
| Michelle R. Ricci : | MOTION TO FILE AS WITHIN TIME |
| Respondent-Appellees : | NOTICE OF APPEAL |

I, Maurice Anderson, do hereby certify as follows:

1. I am the petitioner-appellant in the above captioned matter and I am familiar with the facts of this case.

2. The filing of petitioner's notice to file for COA was delayed because petitioner was in Administrative Segregation (in Northern State Prison) at the date (November 28, 2014) he received the district court's decision. At that time petitioner had very limited access but petitioner still managed to get it done in a reasonable time (December 18, 2014) but couldn't get it into a paralegal hands to have it copied until December 23, 2014, upon the paralegal acceptance of my paperwork, he'd informed me